1

2

3

4

5

6

7                               **UNITED STATES DISTRICT COURT**

8                              **EASTERN DISTRICT OF CALIFORNIA**

9

10   **BRAVADO INTERNATIONAL GROUP** )        **Case No. 2:16-cv-00481 TLN-CKD**
     **MERCHANDISING SERVICES, INC.,**   )
11                                       )        **ORDER GRANTING TEMPORARY**
                    **Plaintiff,**        )        **RESTRAINING ORDER; SEIZURE**
12                                       )        **ORDER; AND ORDER TO SHOW**
                    **v.**                )        **CAUSE WHY A PRELIMINARY**
13                                       )        **INJUNCTION AND SEIZURE**
     **JOHN DOES 1-100, JANE DOES 1-100** )        **ORDER SHOULD NOT ISSUE**
     **AND XYZ COMPANY,**                 )
14                                       )
                                         )
15                  **Defendants.**        )
     _____ )

16

17          Based upon the complaint, memorandum of points and authorities, Declaration of Scott

18   Faraday and the Certificate of Counsel and all other pleadings and proceedings heretofore had

19   herein and good cause being shown:

20          **IT IS HEREBY ORDERED** that the defendants, their agents, servants, employees,

21   attorneys, successors, and assigns, and all persons, firms, and corporations acting in active concert

22   or participation with said defendants, are enjoined and restrained from:

23          (A) Using any or all of the Artist's Trademarks in connection with the sale, offering for

24   sale, distribution, and/or advertising of any clothing or other merchandise;

25          (B) Manufacturing, distributing, selling, and/or holding for sale any clothing or other

26   merchandise which carries or otherwise uses any or all of the Artist's Trademarks; or

27          (C) Aiding, abetting, inducing, or encouraging another to perform any of the acts enjoined

28   herein.

IT IS FURTHER ORDERED, that the U.S. Marshal for this district or for any district in which Plaintiff seeks to enforce this Order in the United States, the state police, local police, local deputy sheriffs, off-duty officers of the same, and any person acting under their supervision (collectively "Process Servers"), are hereby similarly authorized to seize and impound any and all unauthorized merchandise bearing any or all of the Artist's Trademarks (i.e. the Justin Bieber marks) or any colorable imitations or variations thereof, or associated marks which defendants or their agents, employees or representatives attempt to sell or are holding for sale in the vicinity of any of the Artist's concerts from six (6) hours before to six (6) hours after any performance of the Artist within a ten (10) mile vicinity of the halls, stadiums or arenas at which the Artist shall be performing or elsewhere where such merchandise is being sold, held for sale or is otherwise found, including in any carton, bag, vehicle, or container in which the merchandise is transported or stored.  All clothing, jewelry, photographs, posters and other merchandise bearing any or all of the Artist's Trademarks or the Tour, or any colorable imitations or variations thereof, sold and held for sale in the vicinity of the arenas or other venues at which the Artist shall be performing, or elsewhere where such merchandise is being sold, held for sale or otherwise found, shall be deemed to be merchandise subject to the seizure provisions of this Order.

IT IS FURTHER ORDERED, that service of a copy of this Order, together with the Summons and Complaint, be made upon defendants by the Process Servers at the time the seizure provided herein is effected, and that such service shall be deemed good and sufficient.

IT IS FURTHER ORDERED, that each and every defendant served with a copy of this order promptly, courteously and peaceably identify himself or herself to the aforementioned Process Server and that the Process Server or agents for Plaintiff be allowed to photograph, videotape or otherwise identify the defendant.

IT IS FURTHER ORDERED, that the Process Server shall offer a receipt to each person from whom goods are seized.

IT IS FURTHER ORDERED, that any Defendant who is hereafter served with a copy of this Order who objects to the provisions herein may submit his or her objections to this Court or otherwise move for relief from this Court within ten (10) days of the date of seizure according to

2

1  the Federal Rules of Civil Procedure, but no such objection shall serve to suspend this Order or

2  stay the terms hereof unless otherwise ordered by this Court.

3      IT IS FURTHER ORDERED, that all unauthorized items heretofore or hereafter seized in

4  this action be delivered up to the Plaintiff or the persons designated above, pending final

5  disposition of this matter.

6

7  Dated: March 9, 2016

8

9                                              Troy L. Nunley
                                              United States District Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TRO AND SEIZURE ORDER