**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC.,**<br><br>　　　　　**Plaintiff,**<br><br>　　　　　**v.**<br><br>**JOHN DOES 1-100, JANE DOES 1-100 AND XYZ COMPANY,**<br><br>　　　　　**Defendants.** | Case No. 2:16-cv-00481 TLN-CKD<br><br>**ORDER GRANTING DISPOSITION OF SEIZED MERCHANDISE** |

　　　Plaintiff Bravado International Group Merchandising Services, Inc. ("Plaintiff") having dismissed the above entitled action without prejudice pursuant to Federal Rules of Civil Procedure, Rule 41 (a), and no defendants having appeared by answer or otherwise, and upon consideration of Plaintiff's Response to Show to Show Cause and Request for Order Regarding Disposition of Seized Merchandise and good cause appearing,

　　　**IT IS HEREBY**

　　　**ORDERED,** that Plaintiff is authorized to destroy or otherwise dispose of all previously seized infringing merchandise in this matter.

　　　**IT IS SO ORDERED.**

Dated: October 6, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Troy L. Nunley*
　　　　　　　　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge